### THE MARY J. BEALE.

(District Court, E. D. New York. September 11, 1926.)

Admiralty ⊚⇒57—Mortgagee not entitled to release of libeled vessel on bond (National Prohibition Act, tit. 2, § 26 [Comp. St. § 10138½mm]).

National Prohibition Act. tit. 2, § 26 (Comp. St. § 10138½mm), confers no authority to release a vessel libeled for its violation on application and bond by a mortgagee or other person than the owner.

In Admiralty. Suit by the United States against the gas screw Mary J. Beale. On application of Angelo Orlo for release of vessel on bond. Denied.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y., for the United States.

Nathan April, of New York City, for claimant.

MOSCOWITZ, District Judge. The applicant, Angelo Orlo, claims to be the holder of a certain chattel mortgage, dated Janu-

ary 23, 1926, in the sum of $3,600, which is claimed to be a lien upon the gas screw Mary J. Beale, her tackle, apparel, furniture, engines, etc. This motion is made by the alleged mortgagee for an order releasing the vessel upon the furnishing of a bond.

It appears that a libel was filed against said vessel on July 26, 1926, for violation of the Volstead Act (Comp. St. § 10138¼ et seq.). Section 26, tit. 2, thereof (section 10138½mm) provides that said vehicle or conveyance "shall be returned to the *owner* upon execution by him of a good and valid bond." The applicant does not claim to be the owner of this vessel, but merely a mortgagee. No provision is made in section 26 of the Volstead Act for the delivery of a vessel libeled pursuant to section 26 to a person other than the owner thereof.

It also appears that this vessel has been appraised at $20,000, and the claimant's alleged lien is for the sum of $3,600. The claimant will be amply protected by filing his claim.

Motion is denied.